JACOBS, Respondent, v. H. J. KOEHLER SPORTING GOODS CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Hen-

ry Jacobs, as administrator, etc., against the H. J. Koehler Sporting Goods Company.

PER CURIAM. Judgment and order affirmed, with costs, upon the authority of Jacobs v. Koehler Sporting Goods Co., 147 App. Div. 907, 131 N. Y. Supp. 1121, and also upon the authority of Simkoff v. Lehigh Valley R. R. Co., 190 N. Y. 256, 83 N. E. 15, Marius v. Motor Delivery Co., 146 App. Div. 608, 131 N. Y. Supp. 357, and Ardolino v. Reinhardt, 130 App. Div. 119, 114 N. Y. Supp. 508.

BURR, J., dissents.